## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WAGNER & LYNCH, PLLC and BLAKE LYNCH, )<br><br>Plaintiffs, )<br><br>v. )<br><br>GREAT LAKES INSURANCE SE and JOHNSON CLAIM SERVICE, INC., )<br><br>Defendant. ) | Case No. 5:16-CV-01227 |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE
### OF DEFENDANT JOHNSON CLAIM SERVICE, INC., ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Wagner & Lynch, PLLC and Blake Lynch, by and through their counsel of record, Simone Gosnell Fulmer, Harrison C. Lujan, and Jacob L. Rowe of the law firm of FULMER SILL, PLLC, and the Defendants Great Lakes Insurance SE and Johnson Claim Service, Inc. hereby file this stipulation of dismissal, without prejudice, as to Defendant ***Johnson Claim Service, Inc. ONLY***, reserving all rights to proceed as to the remaining Defendant, Great Lakes Insurance SE. In all other respects, the Plaintiffs' Petition and actions therein alleged are not being dismissed.

Dated this 18th day of September, 2017.

Respectfully submitted,

/s/ Andrea R. Rust
Simone Fulmer, OBA #17037
Harrison C. Lujan, OBA #30154
Jacob L. Rowe, OBA #21797
Andrea R. Rust, OBA #30422
FULMER SILL PLLC
P.O. Box 2448
Oklahoma City, OK  73103
Phone/Fax:  (405) 510-0077
sfulmer@fulmersill.com
hlujan@fulmersill.com
jrowe@fulmersill.com
arust@fulmersill.com
**ATTORNEYS FOR PLAINTIFFS**


-AND-


/s/ Michael S. Linscott
*Signed with permission of counsel*
Michael S. Linscott, Bar No. 17266
Sara E. Potts, Bar No. 32104
DOERNER SAUNDERS DANIEL &
    ANDERSON
Two West Second Street, Suite 700
Tulsa, OK 74103-3117
(918) 591-5288
(918) 925-5288 Fax
mlinscott@dsda.com
spotts@dsda.com
**ATTORNEYS FOR DEFENDANTS**